UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARON N. HAGHIGHI, | CASE NO. C07-0679-MJP-MAT |
| Plaintiff, | |
| v. | ORDER RE: PLAINTIFF'S MOTIONS |
| LOUIS FRANTZ, et al., | |
| Defendants. | |

Plaintiff is currently incarcerated in the King County Jail in Kent, Washington. He has filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, which the Court has directed him to amend no later than June 22, 2007. (Dkt. #9). Plaintiff has recently filed a motion to compel one of the defendants to provide plaintiff with documents (Dkt. #8) and a motion directing the King County Jail to make photocopies for plaintiff free of charge. (Dkt. #11). Having reviewed the motions, the Court does hereby find and ORDER as follows:

(l) Plaintiff's motion seeking documents from one of the defendants is premature. Plaintiff has yet to file his amended complaint and the Court has yet to direct that the amended complaint be served on defendants, assuming that the amended complaint is not deficient.

01 Accordingly, plaintiff's motion to compel the production of documents (Dkt. #8) is DENIED

02 without prejudice to its renewal after defendants have entered an appearance in this case.

03     (2)    Plaintiff's motion to direct the King County Jail to make photocopies for plaintiff

04 free of charge, is based upon a misapprehension of plaintiff's *in forma pauperis* status. The

05 expenditure of public funds on behalf of an indigent litigant is proper only when authorized by

06 Congress. *See Tedder v. Odel*, 890 F.2d 210 (9th Cir. 1989). The *in forma pauperis* statute, 28

07 U.S.C. § 1915, does not authorize the expenditure of public funds for the purpose of providing

08 free photocopies. Accordingly, plaintiff's motion (Dkt. #11) is DENIED.

09     (3)    The Clerk is directed to send a copy of this Order to plaintiff and to the Honorable

10 Marsha J. Pechman.

11     DATED this <u>15th</u> day of June, 2007.

                                            Mary Alice Theiler
                                            United States Magistrate Judge