UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARON N. HAGHIGHI, | CASE NO. C07-0679-MJP-MAT |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |
| LOUIS FRANTZ, et al., | |
| Defendants. | |

Plaintiff is currently incarcerated in the King County Jail in Kent, Washington. He has filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, which the Court directed him to amend no later than June 22, 2007. (Dkt. #9). On June 15, 2007, plaintiff filed a motion for an extension of time to file his amended complaint. (Dkt. #15). Having reviewed the motion, the Court does hereby find and ORDER as follows:

(1) Plaintiff's motion (Dkt. #15) is GRANTED. Plaintiff shall file the amended complaint no later than **July 13, 2007.** No further extensions shall be granted absent extraordinary circumstances.

(2) The Clerk is directed to send a copy of this Order to plaintiff and to the Honorable

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE -1

01 Marsha J. Pechman.  The Clerk shall also send plaintiff ten (10) copies of the form for civil rights

02 complaints to assist him in preparing the requisite number of copies of the amended complaint.

03 *See* Local Rule CR 103(d).

04     DATED this 29th day of June, 2007.

	*[signature]*
	Mary Alice Theiler
	United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE -2