ENTERED
RECEIVED
FILED
LODGED

AUG - 8 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

07-CV-00679-**ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BARON N. HAGHIGHI,                    )   CASE NO. C07-0679-MJP
                                      )
          Plaintiff,                  )
                                      )
     v.                               )   ORDER DISMISSING § 1983 ACTION
                                      )
LOUIS FRANTZ, et al.,                 )
                                      )
          Defendants.                 )
                                      )

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, the objections thereto, and the balance of the record, does hereby ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Mr. Haghighi does not challenge Magistrate Judge Theiler's substantive findings in her Report and Recommendation. Instead, Mr. Haghighi states that he is in the process of retaining counsel and that the Court should withhold any ruling on his complaint for forty-five days until his attorney can "review [the] files and rectify this matter." But no attorney has filed a notice of appearance in this case. The Court will therefore not delay ruling on the pending matter.

(2)   The complaint and this § 1983 action are DISMISSED for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii);

ORDER DISMISSING § 1983 ACTION
PAGE -1

01    (3)    This dismissal shall count as a dismissal under 28 U.S.C. § 1915(g); and

02    (4)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

03    DATED this ___7___ day of _____August_____, 2007.

04

05                              MARSHA J. PECHMAN
                                United States District Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DISMISSING § 1983 ACTION
PAGE -2